```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRUCE MOYER                    :       CIVIL ACTION

        vs.                    :

JO ANNE B. BARNHART,           :       NO. 04-CV-4998
Commissioner of the
Social Security Administration
```

## ORDER

AND NOW, this   13th   day of September, 2005 upon consideration of the Plaintiff's Motion for Summary Judgment and the Defendant's Motion for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart and Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The Plaintiff's Motion for Summary Judgment is DENIED.
3. The Defendant's Motion for Summary Judgment is GRANTED.

```
                               BY THE COURT:



                               s/J. Curtis Joyner
                               J. CURTIS JOYNER, J.
```